| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mohamed Abdall Ziadah | 12/15/1966 | VA | Eastern District of Virginia | No | Arlington County (VA6013010) | No | Kidney Cancer | 1-9 |
| 2 | Edward Altman | 3/17/1967 | FL | Middle District of Florida | No | City Of Miami Beach (FL4130901) | No | Kidney Cancer | 1-9 |
| 3 | Ian Anderson | 1/6/1968 | TN | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 4 | Julio C Angulo | 1/15/1974 | TX | Central District of California | No | Suburban Water Systems-La Mirada (CA1910059) | No | Kidney Cancer | 1-9 |
| 5 | Humberto Arbelaez | 10/31/1957 | FL | District of New Jersey | No | Parsippany-Troy Hills Water Department (NJ1429001) | No | Kidney Cancer | 1-9 |
| 6 | Rogelio Arenas | 9/9/1975 | AZ | Central District of California | No | City of Santa Ana (CA3010038) | No | Ulcerative Colitis | 1-9 |
| 7 | Jennifer Asher | 7/7/1986 | FL | Southern District of Florida | No | New York City System (NY7003493) | No | Ulcerative Colitis | 1-9 |
| 8 | Tammy Aydlett | 5/24/1965 | SC | District of South Carolina | No | City of Goose Creek (SC0810004) | No | Ulcerative Colitis | 1-9 |
| 9 | David Bailey | 7/27/1972 | AZ | District of Arizona | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 10 | Michael Baker | 10/22/1966 | SC | Northern District of West Virginia | No | Pennsboro (WV3304306) | No | Kidney Cancer | 1-9 |
| 11 | David Barlow | 1/28/1957 | SC | District of South Carolina | No | Huntsville Utilities (AL0000882) | No | Kidney Cancer | 1-9 |
| 12 | Leantis Betancourt | 10/27/1967 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 13 | Mark Blanchard Sr. | 5/8/1952 | WA | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Kidney Cancer | 1-9 |
| 14 | Hank Blank | 6/21/1961 | PA | Eastern District of Pennsylvania | No | Aqua PA UWCHLAN (PA1150035) | No | Kidney Cancer | 1-9 |
| 15 | Michael Bouie | 7/21/1949 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Testicular Cancer | 1-9 |
| 16 | Lynda Burns | 7/22/1939 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 17 | Gabriela Bustos | 9/26/1984 | NY | Eastern District of New York | No | South Huntington Water District (NY5103263) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 18 | James Butler | 2/9/1977 | TX | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 19 | Sandra Campos Garcia | 7/3/1959 | MI | Western District of Michigan | No | Plainfield Township (MI0005370) | No | Kidney Cancer | 1-9 |
| 20 | Lycia Carvalho | 12/15/1988 | MA | District of Massachusetts | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 21 | John Casey | 12/21/1973 | NJ | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Kidney Cancer | 1-9 |
| 22 | Phillip Chasie Burdette | 1/7/1968 | NC | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| 23 | Daniel Chiong | 8/13/1991 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 24 | Ira Coleman | 8/29/1960 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Testicular Cancer | 1-9 |
| 25 | Stephen F. Cooper | 12/13/1965 | OH | Southern District of Ohio | No | Portsmouth Public Water System (OH7300111) | No | Ulcerative Colitis | 1-9 |
| 26 | Stephen Coste | 9/3/1955 | MA | District of Massachusetts | No | Braintree Water And Sewer Department (MA4040000) | No | Kidney Cancer | 1-9 |
| 27 | Ranzi Cowan | 8/2/1972 | AL | Middle District of Alabama | No | Tuskegee Utilities Board (AL0000870) | No | Kidney Cancer | 1-9 |
| 28 | Judith Christella Cruz | 12/4/1973 | AZ | District of Arizona | No | City of Glendale (AZ0407093) | No | Kidney Cancer | 1-9 |
| 29 | David Cutler | 10/11/1950 | PA | Eastern District of Pennsylvania | No | Northampton Bucks County Municipal Authority (PA1090089) | No | Kidney Cancer | 1-9 |
| 30 | Vincent Davis | 10/25/1977 | AZ | District of Arizona | No | Sacramento Suburban Water District (CA3410001) | No | Testicular Cancer | 1-9 |
| 31 | Shane Dukelow | 1/3/1978 | LA | Western District of Louisiana | No | Sammamish Plateau Water & Sewer (WA5340900) | No | Testicular Cancer | 1-9 |
| 32 | James Elkins | 8/4/1962 | AL | Northern District of Alabama | No | Gadsden Water Works and Sewer Board (AL0000577) | No | Kidney Cancer | 1-9 |
| 33 | Brandon Farr | 2/13/1989 | RI | District of Rhode Island | No | Greenfield Water Department (MA1114000) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Talya Faxlanger | 10/14/1993 | NV | District of Nevada | No | Gonzalez Utilities Association, Inc. (FL1170302) | No | Ulcerative Colitis | 1-9 |
| 35 | Jeremy Ferguson | 5/19/1971 | TN | Northern District of Florida | No | Peoples Water Service Company (FL1170527) | No | Ulcerative Colitis | 1-9 |
| 36 | Michelle Fichter | 12/4/1961 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 37 | Leonard Finch | 6/23/1961 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 38 | Paul Fischer | 3/19/1962 | NC | Eastern District of New York | No | Riverhead Water District (NY5103705) | No | Kidney Cancer | 1-9 |
| 39 | Charles Flynn | 8/11/1954 | MA | District of Massachusetts | No | Bellingham DPW (MA2025000) | No | Kidney Cancer | 1-9 |
| 40 | Linda J Ford | 8/3/1954 | ID | Eastern District of California | No | Florin County Water District (CA3410033) | No | Kidney Cancer | 1-9 |
| 41 | Rodney Francois | 12/14/1983 | TX | Southern District of Texas | No | New York City System (NY7003493) | No | Testicular Cancer | 1-9 |
| 42 | Anthony Gimello | 11/30/1964 | MO | Western District of Missouri | No | Lee County Utilities (FL5364048) | No | Kidney Cancer | 1-9 |
| 43 | Jason S Glazer | 4/14/1975 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 44 | Antonio Gonzalez | 7/11/1962 | MI | Western District of Michigan | No | Portage (MI0005520) | No | Kidney Cancer | 1-9 |
| 45 | Diana Gonzalez | 6/26/1960 | TX | Southern District of Texas | No | City Of Edinburg (TX1080004) | No | Kidney Cancer | 1-9 |
| 46 | Jared Gray | 3/21/1973 | AZ | District of Arizona | No | Metropolitan Dwid (AZ0410076) | No | Kidney Cancer | 1-9 |
| 47 | Lawrence Green | 5/16/1948 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 48 | Dominique Greene | 4/5/1988 | SC | District of South Carolina | No | GCWSD Waccamaw Neck (SC2220010) | No | Testicular Cancer | 1-9 |
| 49 | Brian Griffith | 2/2/1962 | FL | Southern District of New York | No | Peekskill City (NY5903452) | No | Kidney Cancer | 1-9 |
| 50 | Charles E Griffiths | 11/23/1956 | AZ | District of Arizona | No | City of Glendale (AZ0407093) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Jeffrey Grim | 10/29/1972 | TX | Eastern District of Pennsylvania | No | PA American Water - Glen Alsace (PA3060088) | No | Ulcerative Colitis | 1-9 |
| 52 | Thomas Grube | 7/9/1955 | NY | Southern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 53 | Randall Hamelers | 12/3/1977 | FL | Middle District of Florida | No | Titusville, City Of (FL3051367) | No | Ulcerative Colitis | 1-9 |
| 54 | Kevin Hancock | 3/17/1966 | CO | District of Colorado | No | City of Aurora (CO0103005) | No | Ulcerative Colitis | 1-9 |
| 55 | Baylor Harp | 7/15/1994 | AL | Northern District of Alabama | No | Southside Waterworks (AL0000591) | No | Testicular Cancer | 1-9 |
| 56 | Bruce Hermesch | 4/28/1976 | AL | Northern District of Alabama | No | Town Of Gilbert (AZ0407092) | No | Testicular Cancer | 1-9 |
| 57 | Les A Herrick | 8/8/1957 | OR | District of Arizona | No | City of Tucson (AZ0410112) | No | Liver Cancer | 1-9 |
| 58 | Jamille Higgins | 8/22/1979 | VA | Eastern District of Virginia | No | City of Norfolk (VA3710100) | No | Kidney Cancer | 1-9 |
| 59 | Arron Hines | 8/28/1968 | NC | Eastern District of North Carolina | No | Wilmington Water Department (DE0000663) | No | Kidney Cancer | 1-9 |
| 60 | Ronald Hook | 3/3/1986 | CA | Northern District of California | No | South Bend Water Works (IN5271014) | No | Kidney Cancer | 1-9 |
| 61 | Natalie Ann Hudec | 3/9/1963 | TX | Western District of Texas | No | City Of Arlington (TX2200001) | No | Kidney Cancer | 1-9 |
| 62 | Michael Hundley | 9/22/1995 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Testicular Cancer | 1-9 |
| 63 | Chuck Hunsinger | 9/7/1964 | NC | Eastern District of California | No | City of Clovis (CA1010003) | No | Kidney Cancer | 1-9 |
| 64 | Adam Jacoby | 1/14/1969 | MA | District of Massachusetts | No | Natick Water And Sewer (MA3198000) | No | Kidney Cancer | 1-9 |
| 65 | Tracy Johnson | 4/15/1971 | KY | Eastern District of Kentucky | No | Orlando Utilities Commission (FL3480962) | No | Kidney Cancer | 1-9 |
| 66 | Andre Jordan | 6/18/1988 | GA | Northern District of Georgia | No | City of Norfolk (VA3710100) | No | Ulcerative Colitis | 1-9 |
| 67 | Robert Kaufmann | 10/29/1970 | WY | District of Wyoming | No | East Valley Water District (CA3610064) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 68 | Alan Gregg Kendrick | 9/4/1964 | AL | Northern District of Alabama | No | Alabaster Water Board (AL0001148) | No | Kidney Cancer | 1-9 |
| 69 | Justin King | 6/12/1980 | FL | Middle District of Florida | No | Lee County Utilities (FL5364048) | No | Testicular Cancer | 1-9 |
| 70 | Lori E King | 7/26/1960 | SC | District of South Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 71 | Mary F. Kirby | 3/19/1970 | TX | Southern District of Texas | No | City of Baytown (TX1010003) | No | Ulcerative Colitis | 1-9 |
| 72 | Linda Kuehn | 6/4/1951 | NJ | District of New Jersey | No | Sparta Twp Water Utility - Lake Mohawk (NJ1918004) | No | Kidney Cancer | 1-9 |
| 73 | Anthony Lambert | 11/2/1958 | OH | Southern District of Ohio | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 74 | Victor J Langlois | 2/1/1967 | NV | District of Nevada | No | Truckee Meadows Water Authority (NV0000190) | No | Kidney Cancer | 1-9 |
| 75 | David L Ledbetter | 12/3/1957 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 76 | Robert Levy | 4/4/1935 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 77 | Joel Lozada | 4/3/1956 | CA | Central District of California | No | GSWC-South Arcadia (CA1910212) | No | Kidney Cancer | 1-9 |
| 78 | Alberto Lozano | 2/1/1989 | IA | Southern District of Iowa | No | Cohoes City (NY0100192) | No | Testicular Cancer | 1-9 |
| 79 | Joseph B MacDonald | 10/10/1979 | MA | District of Massachusetts | No | Abington/Rockland Joint Water Works (MA4001000) | No | Testicular Cancer | 1-9 |
| 80 | Edward Mannering | 3/22/1946 | TX | Northern District of Texas | No | Spanaway Water Company (WA5382850) | No | Kidney Cancer | 1-9 |
| 81 | Anthony Marberry | 4/20/1959 | GA | Southern District of Georgia | No | Savannah-Main (GA0510003) | No | Kidney Cancer | 1-9 |
| 82 | Ana Martinez | 8/9/1970 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 83 | Yvette Masi | 8/2/1980 | CA | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 84 | Awad Masri | 7/5/1976 | CA | Central District of California | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 85 | Scotty Mathews | 1/7/1971 | FL | Northern District of Alabama | No | Albertville Utilities Board (AL0000933) | No | Ulcerative Colitis | 1-9 |
| 86 | Arnaldo Mendoza Lopez | 8/1/1965 | IN | Southern District of Indiana | No | City Of Lancaster (PA7360058) | No | Testicular Cancer | 1-9 |
| 87 | Michael Mendoza | 10/12/1973 | TX | Western District of Texas | No | Deltona Water (FL3640287) | No | Testicular Cancer | 1-9 |
| 88 | Milton R. Casteel | 1/11/1956 | AL | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| 89 | James Monroe | 6/19/1966 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 90 | Giovanni Monsalve | 5/1/1976 | CA | Central District of California | No | City of Huntington Beach (CA3010053) | No | Kidney Cancer | 1-9 |
| 91 | Mark Moore | 6/2/1962 | SC | District of South Carolina | No | N Myrtle Beach City of (SC2610011) | No | Kidney Cancer | 1-9 |
| 92 | Mark Moser | 11/17/1956 | AK | District of Alaska | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| 93 | Kathy Mullis | 9/2/1949 | SC | District of South Carolina | No | City of Union (SC4410001) | No | Kidney Cancer | 1-9 |
| 94 | Glenn Murdock | 2/7/1960 | NY | Northern District of New York | No | OCWA (NY3304336) | No | Kidney Cancer | 1-9 |
| 95 | Rodrigo Naab | 10/10/1985 | FL | Southern District of Florida | No | City Of Miami Beach (FL4130901) | No | Ulcerative Colitis | 1-9 |
| 96 | Ryan Nicholson | 2/5/1987 | UT | District of Utah | No | Lakeside Water Department (CA3710013) | No | Testicular Cancer | 1-9 |
| 97 | Lisa Norris | 3/10/1961 | TN | Eastern District of Tennessee | No | City Of Lauderhill (FL4060787) | No | Kidney Cancer | 1-9 |
| 98 | William Norris | 11/8/1975 | TN | Eastern Diatrict of North Carolina | No | Brunswick County Water System (NC0410045) | No | Kidney Cancer | 1-9 |
| 99 | Robin Osborne | 9/27/1961 | NC | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 100 | Kurt Petersen | 1/6/1959 | OR | District of Oregon | No | Bend Water Department (OR4100100) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 101 | John Picerno | 9/24/1957 | FL | Eastern District of Pennsylvania | No | PA American Water Company - Yardley (PA1090074) | No | Kidney Cancer | 1-9 |
| 102 | Susan Polenske | 8/5/1953 | WA | Western District of Washington | No | Seattle Public Utilities (WA5377050) | No | Kidney Cancer | 1-9 |
| 103 | Joseph Polizzi | 2/21/1953 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 104 | Marlana Pressley | 8/10/1974 | NC | District of Rhode Island | No | Pawtucket Water Supply Board Veolia (RI1592021) | No | Kidney Cancer | 1-9 |
| 105 | Richard Prime | 7/10/1948 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Kidney Cancer | 1-9 |
| 106 | Carol Primus | 1/21/1946 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 107 | Jason Ramirez | 2/6/1987 | CA | Central District of California | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 108 | Cynthia Riordon Fuller | 5/9/1964 | DE | District of Delaware | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 109 | Philippe Rorive | 4/20/1960 | CA | Eastern District of California | No | California American Water Service - Chico (CA0410002) | No | Kidney Cancer | 1-9 |
| 110 | Javan Rouzan | 7/15/1973 | CA | Central District of California | No | City of Downey Water Services (CA1910034) | No | Kidney Cancer | 1-9 |
| 111 | Anthony Ruby | 4/17/1956 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 112 | Sharon Ruffing | 1/18/1946 | NE | District of Nebraska | No | City Of North Platte (NE3111106) | No | Kidney Cancer | 1-9 |
| 113 | Deborah Ryniewicz | 2/19/1952 | MI | Eastern District of Michigan | No | City of Mount Clemens (MI0004510) | No | Kidney Cancer | 1-9 |
| 114 | Pamela Samons | 11/25/1955 | OH | Southern District of Ohio | No | Ashland Water Works (KY0100011) | No | Kidney Cancer | 1-9 |
| 115 | Pamala Sandlin | 6/30/1954 | CA | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Kidney Cancer | 1-9 |
| 116 | Tommy Sanford | 10/11/1969 | GA | Middle District of Georgia | No | City of Calhoun (GA1290000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 117 | Erick Sapien | 6/19/1960 | CA | Central District of California | No | City of Santa Ana (CA3010038) | No | Kidney Cancer | 1-9 |
| 118 | Robert Schlegel | 9/9/1968 | MI | Eastern District of Michigan | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 119 | Jeffrey Schleuning | 2/6/1966 | NC | Southern District of Illinois | No | Edwardsville (IL1190250) | No | Kidney Cancer | 1-9 |
| 120 | Gregory Schroeder | 5/26/1947 | TN | Eastern District of Tennessee | No | Rancho California Water District (CA3310038) | No | Kidney Cancer | 1-9 |
| 121 | Freida Smith | 10/18/1945 | CA | Eastern District of California | No | City of Santa Ana (CA3010038) | No | Kidney Cancer | 1-9 |
| 122 | Joel Sugasti | 5/17/1961 | FL | Northern District of Georgia | No | Cobb County Water Company (GA0670003) | No | Kidney Cancer | 1-9 |
| 123 | Jefferey Richard Talboom | 8/30/1958 | FL | Middle District of Florida | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 124 | Jonathan Tamayo | 9/30/1976 | CA | Central District of California | No | City Of Merced (CA2410009) | No | Kidney Cancer | 1-9 |
| 125 | David Terp | 4/11/1958 | TX | Northern District of Texas | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 126 | Tammy Thomas | 12/27/1964 | CA | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Kidney Cancer | 1-9 |
| 127 | Jeremy Tillery | 9/5/1988 | NY | Northern District of New York | No | Schenectady City Water Works (NY4600070) | No | Ulcerative Colitis | 1-9 |
| 128 | Stanley Tracy | 11/24/1954 | TX | Western District of Kentucky | No | Paducah Water Works (KY0730533) | No | Kidney Cancer | 1-9 |
| 129 | Jason K Travillian | 1/31/1974 | GA | Northern District of Georgia | No | Walker County Water Authority (GA2950003) | No | Kidney Cancer | 1-9 |
| 130 | Mark Van Patten | 11/24/1947 | FL | Western District of Kentucky | No | Bowling Green Municipal Utilities (KY1140038) | No | Kidney Cancer | 1-9 |
| 131 | Reinaldo Velez | 10/20/1984 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 132 | Larry Walker | 11/8/1958 | AL | Middle District of Alabama | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 133 | Eric Weiss | 3/31/1955 | NJ | District of New Jersey | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 134 | Michael West | 8/29/1979 | AL | Southern District of Alabama | No | The City Of Foley Utilities Board (AL0000036) | No | Testicular Cancer | 1-9 |
| 135 | Jack Wetmore | 10/17/1951 | FL | Middle District of Florida | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 136 | Marek Wolosz | 3/7/1969 | NJ | District of New Jersey | No | City of Newark Water Department (NJ0714001) | No | Kidney Cancer | 1-9 |
| 137 | James Earl Woodruff | 4/27/1966 | TN | Western District of Tennessee | No | City of Irving (TX0570050) | No | Kidney Cancer | 1-9 |
| 138 | Kelly Workman | 10/1/1962 | NJ | District of New Jersey | No | Monroe Municipal Utilities Authority (NJ0811002) | No | Kidney Cancer | 1-9 |
| 139 | Tammy Yocom | 12/26/1972 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 140 | Walter M Zyck | 5/1/1958 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |